UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JEFFREY LUMIA and JOSEPH TORINO, :
individually and on behalf of
other similarly situated
individuals,

              Plaintiffs,

v.    :    No. 3:07-cv-1094 (AHN)

THE HANOVER INSURANCE GROUP, INC.,

              Defendant. :

## ORDER ON JOINT MOTION TO PROCEED AS A COLLECTIVE ACTION AND TO AUTHORIZE NOTICE TO CLASS MEMBERS

The parties' joint motion to certify two classes of plaintiffs as a collective action pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b) [doc. # 25] is GRANTED. The classes consist of all persons employed with the defendant Hanover Insurance Group at any time after July 19, 2004 in the positions of (1) material damage field appraiser and (2) field reinspector.

The defendant shall provide plaintiffs' counsel with the names and last known addresses of the potential class members in electronic form by November 20, 2007. Plaintiffs' counsel shall promptly mail a notice and consent form to all potential plaintiffs in the two classes. The notice and consent form mailed to the potential class members shall be marked "important legal documents, do not discard" and shall include a pre-addressed return envelope. Any envelopes returned as undeliverable may be resent after efforts are made to locate the

potential class members' correct addresses.

The potential class members shall have until February 16, 2008 to return their consent forms. Consent forms postmarked on or before February 16, 2008 but received after that date shall be considered timely filed. Plaintiffs' counsel will file the consent forms with the court and serve them on defendant's counsel upon receipt.

SO ORDERED this _14th_ day of November 2007, at Bridgeport, Connecticut.

_____/s/_____
Alan H. Nevas
United States District Judge