UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Civil Action Number 3:_____ (JBA)

**ELECTRONIC FILING ORDER IN CIVIL CASES**

The Court orders that the parties shall file all documents in this case electronically. Accordingly, counsel must comply with the applicable Federal Rules of Civil Procedure, the District's Local Rules, the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system. Sealed documents shall be filed in accordance with Local Civil Rule 5(e).

Unless otherwise ordered, on the next business day following the day on which a document is filed electronically, counsel **must provide chambers with one paper copy of the following documents**, including all exhibits and attachments:

1. Applications for temporary restraining orders, preliminary injunctions, and prejudgment remedies;

2. Dispositive motions, memoranda in support, briefs in opposition, and replies;

3. Documents submitted pursuant to the Order on Pretrial Deadlines;

4. Proposed voir dire and jury instructions;

5. Trial briefs, including proposed findings of fact and conclusions of law; and

6. Any other document that **exceeds two pages** in length.

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Revised May 27, 2008