UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lumia, et al,<br>        *Plaintiffs,*<br><br>        *v.*<br><br>Hanover Insurance Group,<br>        *Defendant.* | Civil No. 3:07cv1094 (JBA)<br><br><br>March 23, 2009 |

## ORDER OF DISMISSAL WITH PREJUDICE

After review of the Confidential Settlement Agreement and General Release and hearing

with counsel on the record of 3/20/09, the Court determines that the terms of the settlement of

this litigation are fair and reasonable, including the amounts paid to the Named Plaintiffs and

the Opt-In Plaintiffs, as well as the fees paid to plaintiffs' attorneys.  Accordingly, the Court

approves the settlement and hereby dismisses this matter, with prejudice, any and all claims that

were or could have been raised in this lawsuit by the Named Plaintiffs and Opt-In Plaintiffs.


IT IS SO ORDERED.


                                   /s/
                        Janet Bond Arterton, U.S.D.J.